**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Francisco Anselmo Beltran-Valdez,<br><br>    Defendant. | No. CR-16-02135-001-TUC-RCC (LCK)<br><br>**ORDER** |

On November 4, 2019, Defendant Francisco Anselmo Beltran-Valdez filed a Motion for Reduction of Sentence Pursuant to § 3624(c)(2) and Amendments Set Out in the "First Step Act." (Doc. 56.) Beltran-Valdez claims his sentence should be modified under the amendment to 28 U.S.C. § 3624(c)(2) in the First Step Act. The Federal Public Defender ("FPD") responded that under the amendment contained in the First Step Act, and in accordance with his time-computation worksheet (Doc. 56-1 at 1), Beltran-Valdez is eligible for home detention on December 8, 2019 and may subsequently serve the remaining five months of his sentence in home detention. (Doc. 57.) Therefore, the FPD contends, Beltran-Valdez not subject to a reduction.

The December 8, 2019 eligibility date reflects the First Step Act's changes to 28 U.S.C. § 3624(c)(2), which permits "prisoners with lower risk levels" to serve the shorter of either 10% or 6 months of the inmates' prison term in home confinement. *See* First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5238. Beltran-Valdez is eligible for home confinement five months before his prison term is completed - which is 10% of

his 50-month prison term. Beltran-Valdez does not contend the calculations prevent him from being released to home confinement to serve the remainder of his sentence. HIs sentence, therefore, is appropriate and not subject to a reduction under the First Step Act.

Accordingly, IT IS ORDERED Defendant Francisco Anselmo Beltran-Valdez's Motion for Reduction of Sentence Pursuant to § 3624(c)(2) and Amendments Set Out in the "First Step Act" is DENIED. (Doc. 56.)

Dated this 21st day of November, 2019.

Honorable Raner C. Collins
Senior United States District Judge